UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  10-60466-CIV-MORENO**

ESCO CORP., an Oregon Corp.,

      Plaintiff,

vs.

GS EQUIPMENT, INC., Florida Corp.,

      Defendant.

_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE

THIS CAUSE came before the Court upon the Motion for Limited Appearance **(D.E. No. 14)**, filed on **June 12, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  Attorney Mr. Igor Shoiket, Esq. is admitted *pro hac vice* to practice before this Court on the above styled case.  The Clerk of the Court shall provide electronic notice of all filings on this docket to Mr. Igor Shoiket  at the following email address: ishoiket@dergnoah.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record